**STATE of Missouri, Respondent,**

v.

**Cornelius TAYLOR, Appellant.**

**No. ED 76063.**

Missouri Court of Appeals,
Eastern District,
Division One.

March 21, 2000.

Lisa M. Stroup, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Susan K. Glass, Asst. Atty. Gen., Jefferson City, for respondent.

Before: GARY M. GAERTNER, P.J., PAUL J. SIMON, J., and JAMES R. DOWD, J.

### ORDER

PER CURIAM.

Appellant appeals from his conviction of one count of unlawful use of a weapon, carrying a concealed weapon. Section 571.030.1, RSMo 1994. Appellant was sentenced to ten years.

We have reviewed the briefs and the record on appeal and find that no jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law.

We affirm the judgments of the trial court in accordance with Rule 30.25(b).